IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERBERT H. MEYER JR., ET AL.,

     Appellant,

v.

U.S. BANK, NATIONAL
ASSOCIATION, ET AL.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0397

Opinion filed March 9, 2016.

An appeal from an order of the Circuit Court for Walton County.
David W. Green, Judge.

Herbert H. Meyer Jr., pro se, Appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.